Argued March 27, reversed and remanded April 9,
petition for rehearing denied May 10, petition
for review denied June 26, 1973

STATE OF OREGON, *Appellant, v.* JESSE
LEE SIMS (No. C 72-08-2433 Cr), *Respondent.*

508 P2d 232

*Thomas H. Denney,* Assistant Attorney General,
Salem, argued the cause for appellant. With him on the
brief were Lee Johnson, Attorney General, and John
W. Osburn, Solicitor General, Salem.

*J. Marvin Kuhn,* Deputy Public Defender, Salem,
argued the cause for respondent. With him on the
brief was Gary D. Babcock, Public Defender, Salem.

Before SCHWAB, Chief Judge, and FOLEY and FORT,
Judges.

PER CURIAM.

The issue in this case is identical to that in *State
v. Franke,* 13 Or App 278, 508 P2d 454, Sup Ct *review
denied* (1973).

Reversed and remanded.